UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   PHIL S MURRAY                          §
                                                §   Case No.: 06-03115
                                                §
                                                §
                                                §
         Debtor(s)                              §
---

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/27/2006.

2) This case was confirmed on 08/10/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/01/2007, 08/10/2006, 02/25/2010, 06/03/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/11/2006.

5) The case was completed on 04/18/2011.

6) Number of months from filing to the last payment: 61

7) Number of months case was pending: 80

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   34,300.00

10) Amount of unsecured claims discharged without payment $   9,446.59

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 111,100.56 |
| Less amount refunded to debtor | $ | 3,609.19 |
| **NET RECEIPTS** | $ | 107,491.37 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | .00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 6,819.35 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 6,819.35 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN GENERAL FIN | OTHER | NA | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 3,067.38 | 471.31 | 471.31 | 471.31 | 15.07 |
| BCS SERVICE INC | OTHER | NA | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 800.45 | .00 | 800.45 | 800.45 | 125.68 |
| GMAC MORTGAGE | SECURED | .00 | 84,475.74 | 66,338.49 | 66,338.49 | .00 |
| GMAC MORTGAGE | SECURED | NA | 10,421.31 | 11,429.26 | 11,429.26 | .00 |
| GMAC MORTGAGE CORPOR | OTHER | NA | NA | NA | .00 | .00 |
| HOMEQ SERVICING CORP | UNSECURED | 8,536.00 | 8,536.63 | 4,877.77 | 4,877.77 | 1,362.92 |
| STEER FINANCIAL | SECURED | 88.00 | .00 | 88.00 | 88.00 | 25.08 |
| ADVOCATE TRINITY HOS | UNSECURED | 223.16 | NA | NA | .00 | .00 |
| BROTHER LOAN & FINAN | UNSECURED | 706.13 | 765.46 | 765.46 | 765.46 | 154.88 |
| CHICAGO IMAGING | UNSECURED | 142.80 | NA | NA | .00 | .00 |
| CHICAGO INFECTION DI | UNSECURED | 22.75 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 75.53 | NA | NA | .00 | .00 |
| CREDIT PROTECTION AS | OTHER | .00 | NA | NA | .00 | .00 |
| CORUM HOMECARE OF IL | UNSECURED | 364.62 | NA | NA | .00 | .00 |
| CREDITORS DISCOUNT & | UNSECURED | 270.80 | NA | NA | .00 | .00 |
| DAVID LIEB MD | UNSECURED | 12.80 | NA | NA | .00 | .00 |
| DAVID N MACLIN DDS | UNSECURED | 101.25 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 148.50 | NA | NA | .00 | .00 |
| NCO FINANCIAL | UNSECURED | 443.00 | 325.00 | 325.00 | 325.00 | 65.83 |
| NCO FINANCIAL SYSTEM | UNSECURED | 199.50 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 249.00 | NA | NA | .00 | .00 |

UST Form 101-13-FR-S(9/01/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| NCO FINANCIAL SYSTEM | UNSECURED | 270.80 | NA | NA | .00 | .00 |
| EYE CARE PHYSICIANS | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| FOOT & ANKLE INSTITU | UNSECURED | 40.74 | NA | NA | .00 | .00 |
| HARVARD COLLECTION S | UNSECURED | 495.00 | NA | NA | .00 | .00 |
| ROSELAND COMMUNITY H | OTHER | .00 | NA | NA | .00 | .00 |
| HYDE PARK ASSOCIATIO | UNSECURED | 36.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 402.00 | NA | NA | .00 | .00 |
| HARVARD COLLECTION S | OTHER | .00 | NA | NA | .00 | .00 |
| MALCOLM S GERALD | UNSECURED | 416.99 | NA | NA | .00 | .00 |
| MEDICAL BUSINESS BUR | UNSECURED | 125.82 | NA | NA | .00 | .00 |
| MICHAEL REESE ANESTH | UNSECURED | 99.02 | NA | NA | .00 | .00 |
| UNIMED LTD | OTHER | .00 | NA | NA | .00 | .00 |
| MICHAEL REESE HOSPIT | UNSECURED | 51.10 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| MALCOLM S GERALD | OTHER | .00 | NA | NA | .00 | .00 |
| MRSI | OTHER | .00 | NA | NA | .00 | .00 |
| PREMIUM ASSET RECOVE | OTHER | .00 | NA | NA | .00 | .00 |
| MICHAEL REESE HOSPIT | UNSECURED | 107.76 | NA | NA | .00 | .00 |
| MICHAEL REESE HOSPIT | UNSECURED | 61.39 | NA | NA | .00 | .00 |
| MICHAEL REESE HOSPIT | UNSECURED | 85.89 | NA | NA | .00 | .00 |
| TROY Q SMITH & ASSOC | OTHER | .00 | NA | NA | .00 | .00 |
| MICHAEL REESE HOSPIT | UNSECURED | 13.58 | NA | NA | .00 | .00 |
| MICHAEL REESE HOSPIT | UNSECURED | 80.14 | NA | NA | .00 | .00 |
| MICHAEL REESE HOSPIT | UNSECURED | 26.11 | NA | NA | .00 | .00 |
| MICHAEL REESE HOSPIT | UNSECURED | 13.80 | NA | NA | .00 | .00 |
| MICHAEL REESE HOSPIT | UNSECURED | 774.09 | NA | NA | .00 | .00 |
| PELLETTIERI & HENNIN | OTHER | .00 | NA | NA | .00 | .00 |
| MIDLAND FINANCE | UNSECURED | 690.16 | NA | NA | .00 | .00 |
| NORTHWESTERN MEDICAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| PRENTICE NORTHWESTER | UNSECURED | .00 | NA | NA | .00 | .00 |
| PATHOLOGY ASSOC OF C | UNSECURED | 59.10 | NA | NA | .00 | .00 |
| PATHOLOGY ASSOC OF C | UNSECURED | 31.00 | NA | NA | .00 | .00 |
| PATHOLOGY ASSOC OF C | UNSECURED | 685.86 | NA | NA | .00 | .00 |
| PELLETTIERI & HENNIN | UNSECURED | 1,079.11 | NA | NA | .00 | .00 |
| PELLETTIERI & HENNIN | UNSECURED | 381.22 | NA | NA | .00 | .00 |
| PELLETTIERI & HENNIN | UNSECURED | 349.69 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 2,887.86 | 2,887.86 | .00 | .00 | .00 |
| CBCS | OTHER | .00 | NA | NA | .00 | .00 |
| HARRIS & HARRIS | OTHER | .00 | NA | NA | .00 | .00 |
| RADIOLOGICAL PHYSICI | UNSECURED | 5.60 | NA | NA | .00 | .00 |
| RISK MANAGEMENT ALTE | UNSECURED | 145.00 | NA | NA | .00 | .00 |
| SENEX SERVICES | UNSECURED | 135.02 | NA | NA | .00 | .00 |
| SHAPIRO SURGICAL ASS | UNSECURED | 32.60 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| SIR FINANCE | UNSECURED | 765.00 | NA | NA | .00 | .00 |
| UNIMED LTD | UNSECURED | 71.00 | NA | NA | .00 | .00 |
| UNIMED LTD | UNSECURED | 11.69 | NA | NA | .00 | .00 |
| YOUNG S LEE MD | UNSECURED | 63.60 | NA | NA | .00 | .00 |
| MUHAMMAD SIDDIQI DR | UNSECURED | 213.00 | 212.30 | 212.30 | 212.30 | 43.21 |
| AMERICAN GENERAL FIN | UNSECURED | 1,280.36 | 1,280.36 | 1,280.36 | 1,280.36 | 258.86 |
| PIERCE & ASSOC | OTHER | NA | NA | NA | .00 | .00 |
| PREMIUM ASSET RECOVE | UNSECURED | NA | 373.11 | 17.11 | 17.11 | 54.27 |
| PREMIUM CAPITAL LLC | SECURED | 10,311.51 | 10,311.51 | 10,311.51 | 10,311.51 | 1,649.20 |
| COOK COUNTY TREASURE | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | 66,338.49 | 66,338.49 | .00 |
| Mortgage Arrearage | 11,429.26 | 11,429.26 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 11,671.27 | 11,671.27 | 1,815.03 |
| **TOTAL SECURED:** | 89,439.02 | 89,439.02 | 1,815.03 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 7,478.00 | 7,478.00 | 1,939.97 |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $ 6,819.35 |
| Disbursements to Creditors | $ 100,672.02 |
| **TOTAL DISBURSEMENTS:** | $ 107,491.37 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   11/14/2012                          /s/ Tom Vaughn
                                              Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**